UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



———————————————————— x
DAVID LUCESCU, Individually and On : Civil Action No. 1:09-cv-04691-SAS
Behalf of All Others Similarly Situated, :
: CLASS ACTION
            Plaintiff, :
: [PROPOSED] ORDER APPOINTING LEAD
   vs. : PLAINTIFFS AND APPROVING OF
: SELECTION OF LEAD COUNSEL
MIKE ZAFIROVSKI, et al., :
:
            Defendants. :
:
———————————————————— x

Having considered the motion of Kien Chen ("Chen") and Moreno Minto ("Minto") for appointment as Lead Plaintiffs and approval of selection of Lead Counsel, and the memorandum of law and Declaration of David A. Rosenfeld in support thereof, and good cause appearing therefor:

1. Chen and Minto are hereby appointed Lead Plaintiffs for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

2. The law firms of Coughlin Stoia Geller Rudman & Robbins LLP and Holzer Holzer & Fistel, LLC are hereby appointed Lead Counsel.

IT IS SO ORDERED. *The Clerk of the Court is directed to close this motion (document no. 6).*

DATED: *July 22, 2009*

THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE